**FILED**
December 5, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                                        )<br>            Plaintiff,                         )<br>v.                                                   )<br>                                                        )<br>JESSE WHEELER,                         )<br>                                                        )<br>            Defendant.                    ) | CASE NUMBER: 2:11-cr-504 WBS<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Jesse Wheeler</u>; Case <u>2:11-cr-504 WBS</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __    Release on Personal Recognizance

    __    Bail Posted in the Sum of _____

    _X_    Unsecured Appearance Bond in the amount of <u>$50,000.00</u>, co-signed by defendant's wife.

    __    Appearance Bond with 10% Deposit

    __    Appearance Bond secured by Real Property

    __    Corporate Surety Bail Bond

    _X_    (Other) <u>Pretrial Supervision/Conditions.</u>

Issued at <u>Sacramento, CA</u> on <u>12/5/2011</u> at 2<sup>30</sup>.

By _____
Kendall J. Newman
United States Magistrate Judge