THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
Attorney for Jesse Wheeler

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>JESSE WHEELER<br><br>　　　　　Defendant. | Case No.: 2:11-cr-00504-WBS<br><br>STIPULATION AND ORDER FOR MODIFICATION OF THE UNSECURED APPEARANCE BOND |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the co-signer of the $50,000 unsecured appearance bond is to be changed from Nicole Wheeler to Gary Wheeler.  Lee Bickley, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, both agree to this bond modification. The Pretrial Services Officer also agrees to modify the bond and substitute Gary Wheeler as the new co-signer.  All other previously ordered conditions of release remain in full force and effect.

///
///
///
///
///
///
///
///

1

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED:  March 4, 2013 | By:     /s/  Thomas A. Johnson<br>THOMAS A. JOHNSON<br>Attorney for Jesse Wheeler |
| DATED:  March 4, 2013 | BENJAMIN B. WAGNER<br>United States Attorney<br><br>By:     /s/ Thomas A. Johnson for<br>Lee Bickley<br>Assistant U.S. Attorney |

**IT IS SO ORDERED.**

Dated: March 5, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2