THOMAS A. JOHNSON, #119203
400 Capital Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 422-4022
Attorney for Jesse Wheeler

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JESSE WHEELER,<br>Defendant. | Case No.: 2:11-cr-00504-03 WBS<br><br>STIPULATION AND ORDER FOR CONTINUANCE OF JUDGMENT AND SENTENCING AND MODIFICATION OF SCHEDULE FOR PSR<br><br>Date: 10/28/13<br>Time: 9:30 a.m.<br>Judge: Hon. William B. Shubb |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for September 16, 2013, at 9:30 a.m. is continued to October 28, 2013, at 9:30 a.m. in the same courtroom. The continuance is requested because defense counsel needs additional time to prepare for the Pre-Sentence Report (PSR) due to the fact that defense counsel is currently in another federal trial. Lee Bickley, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, agree to this continuance.

**IT IS SO STIPULATED.**

DATED: July 10, 2013

By: /s/ Thomas A. Johnson
THOMAS A. JOHNSON
Attorney for Defendant
JESSE WHEELER

DATED: July 10, 2013

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Thomas A. Johnson for
LEE BICKLEY
Assistant United States Attorney

**IT IS SO ORDERED.**

Dated: July 11, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JESSE WHEELER,

Defendant.

Case No.: 2:11-cr-00504-WBS

MODIFICATION OF SCHEDULE FOR PRE-SENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRE-SENTENCE REPORT

| | |
|---|---|
| Judgment and Sentencing date: | October 28, 2013 |
| Reply or Statement | October 21, 2013 |
| Motion for Correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | October 14, 2013 |
| The Pre-Sentence Report shall be filed with the court and disclosed to counsel no later than: | October 7, 2013 |
| Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | September 30, 2013 |
| The proposed Pre-Sentence Report shall be disclosed to counsel no later than: | September 23, 2013 |