**FILED**
September 30, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br><br>JESSE WHEELER,<br><br>    Defendant. | CASE NUMBER: 2:11-cr-00504-WBS<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release Jesse Wheeler; Case 2:11-cr-00504-WBS from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

 __ Release on Personal Recognizance

 __ Bail Posted in the Sum of _____

 _X_ Unsecured Appearance Bond in the amount of $50,000, cosigned by father, Gary Wheeler.

 __ Appearance Bond with 10% Deposit

 __ Appearance Bond secured by Real Property

 __ Corporate Surety Bail Bond

 _X_ (Other) Pretrial Supervision/Conditions, third-party custody of mother, Carol Wheeler. Release from custody on 10/1/2013 at 9:00 AM to Pretrial Services.

Issued at Sacramento, CA on 9/30/2013 at 2:30 pm.

By *Carolyn Delaney*
Carolyn K. Delaney
United States Magistrate Judge