THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
Attorney for Jesse Wheeler

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:11-cr-00504-WBS |
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER FOR AUTHORIZATION TO TRAVEL |
| vs. | ) |
| JESSE WHEELER | ) |
| Defendant. | ) |

    **IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that Defendant, Jesse Wheeler, is allowed to travel on December 24, 2013, in order to celebrate Christmas at his brother's house and attend Mass. Mr. Wheeler's third party custodian has agreed to monitor him throughout the entire gathering.  At no time will during his travels will Mr. Wheeler be driving.

    Lee Bickley, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, both agree to this request.  Pretrial Services does not have any objections to the defendant attending a family function on December 24, 2013, at his brother's residence and attending Mass.  Pretrial Services will adjust the defendant's electronic monitoring, allowing him to leave his residence at 3:30 p.m. and return no later than 10:00 p.m. on December 24, 2013.

**IT IS SO STIPULATED.**

DATED:  December 18, 2013     By:    /s/  Thomas A. Johnson_____
                                        THOMAS A. JOHNSON
                                        Attorney for Jesse Wheeler

1

1

2   DATED:  December 18, 2013                    BENJAMIN B. WAGNER
                                                 United States Attorney
3
                                    By:    /s/ Thomas A. Johnson for
4                                          Lee Bickley
                                           Assistant U.S. Attorney
5

6   **IT IS SO ORDERED.**

7   Dated: December 18, 2013

8
                                    _____
9                                   ALLISON CLAIRE
                                    UNITED STATES MAGISTRATE JUDGE
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28