THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
Attorney for Jesse Wheeler

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>JESSE WHEELER,<br><br>          Defendant. | Case No.: 2:11-cr-00504-WBS<br><br>STILPULATION AND ORDER FOR MODIFICATION OF CONDITIONS OF PRE-TRIAL RELEASE |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that Jesse Wheeler's release condition is amended to a curfew monitor as follows:

**CURFEW:** Mr. Wheeler is restricted to his residence every day from 9:00 p.m. to 7:00 a.m., or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations. Mr. Wheeler understands and has been advised that unless for medical, religious, employment, or court ordered obligation (testing, counseling, etc.), Pretrial Services will require a court order to allow him out past 9:00 p.m.

Thomas A. Johnson, Defendant's attorney, and Pre-Trial Services both agree to this pre-trial release condition modification.  Lee Bickley, Assistant United States Attorney, does not object to the modification. All other previously ordered conditions of release remain in full force and effect.

////

////

1

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED: July 22, 2014 | By:   /s/  Thomas A. Johnson_____<br>THOMAS A. JOHNSON<br>Attorney for Jesse Wheeler |
| DATED: July 22, 2014 | BENJAMIN B. WAGNER<br>United States Attorney |
| | By:   /s/ Thomas A. Johnson for_<br>Lee Bickley<br>Assistant U.S. Attorney |

**IT IS SO ORDERED.**

Dated:  July 24, 2014

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2