THOMAS A. JOHNSON, #119203
KRISTY M. KELLOGG, #271250
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
Attorneys for Jesse Wheeler

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JESSE WHEELER,<br><br>　　　　Defendant. | Case No.: 2:11-cr-00504-03 WBS<br><br>STIPULATION AND ORDER FOR EXTENSION OF SELF-SURRENDER DATE |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the date by which Jesse Wheeler must turn himself in to the Bureau of Prisons is extended from January 8, 2015, to February 13, 2015.  Lee Bickley, Assistant United States Attorney, does not object to the extension.  The extension is needed because Mr. Wheeler was placed in a Bureau of Prisons facility in Colorado which is over 1,000 miles from his home.  Mr. Wheeler needs additional time to petition the Bureau of Prisons to re-assign Mr. Wheeler to a facility located in California so that Mr. Wheeler may maintain contact with his family while in custody.  All other previously ordered conditions of release remain in full force and effect.

**IT IS SO STIPULATED.**

DATED:  December 16, 2014　　　　　　　By:　　/s/  Thomas A. Johnson
　　　　　　　　　　　　　　　　　　　　　　　　　　THOMAS A. JOHNSON
　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Jesse Wheeler

1

| | |
|---|---|
| DATED: December 16, 2014 | BENJAMIN B. WAGNER<br>United States Attorney |
| | By: /s/ Thomas A. Johnson for<br>Lee Bickley<br>Assistant U.S. Attorney |

**IT IS SO ORDERED.  However, the court is not inclined to extend the date any further beyond February 13, 2015.**

Dated: December 31, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2