THOMAS A. JOHNSON, #119203
KRISTY M. HORTON, #271250
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 2560
Sacramento, California 95814
Telephone: (916) 442-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JESSE WHEELER, <br><br> Defendant. | Case No.: 2:11-cr-00504-WBS <br><br> MOTION AND MOTION TO BE RELIEVED AS COUNSEL OF RECORD, ORDER |

**ORDER**

The Court hereby grants the motion to withdraw and relieves Thomas A. Johnson as the attorney of record for Defendant, Jesse Wheeler.

IT IS SO ORDERED.

Dated: October 26, 2021

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE