UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JESSE WHEELER,<br><br>　　　　　Defendant. | No. 2:11-cr-504-03 WBS<br><br><br>ORDER |

----oo0oo----

　　　　Defendant Jesse Wheeler has filed an application to modify his restitution payment schedule, claiming financial hardship due to the garnishment of 25% of his gross income. (Docket No. 253.)  However, defendant states that he "is not challenging the validity of the original restitution order" in which the court ordered defendant to pay $2,212,809.50.  (Docket Nos. 253 at 4; 211; 213.)  Rather, defendant, who is neither in custody nor on supervised release, appears to be asking the court to modify the order of Magistrate Judge Edmund F. Brennan granting the United States' application for a final order of wage

1

garnishment in a separate case, Case No. 2:20-mc-182 EFB, which authorized the garnishment at issue.[1]

IT IS THEREFORE ORDERED that the motion is referred to Magistrate Judge Edmund F. Brennan for determination in Case No. 2:20-mc-182 EFB.

Dated: October 28, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

[1] Indeed, the only restitution payment schedule imposed by this court was that the defendant pay no less than $25 a quarter during imprisonment through the Bureau of Prisons Inmate Financial Responsibility Program. (Docket No. 213.)